# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**RICHARD LAWERANCE SHUNK, JR.,**

    **Plaintiff,**

    v.                          Civil Action 2:18-cv-00895
                                Chief Magistrate Judge Elizabeth P. Deavers

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

Upon the parties' Joint Motion for Remand for Further Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) (ECF No. 15), the decision of the Commissioner is **REVERSED** and this action is hereby **REMANDED** to the Commissioner of Social Security for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g).

Upon receipt of the Court order, the Appeals Council will vacate all findings in the Administrative Law Judge's decision. The Commissioner will develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act and then issue a new decision.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** in this action.

**IT IS SO ORDERED.**

Date: February 15, 2019                              /s/ *Elizabeth A. Preston Deavers*
                                                               ELIZABETH A. PRESTON DEAVERS
                                                               CHIEF UNITED STATES MAGISTRATE JUDGE